**CONTINUATION FOR CRIMINAL COMPLAINT**

I, Derek L. Klifman, being duly sworn state the following:

1. I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement.  I am assigned to the Criminal Alien Program, with Enforcement and Removal Operations, at the Grand Rapids Sub-Office on 517 Ottawa Ave. NW, Grand Rapids, MI.  The Grand Rapids Location is a Sub-Office of the Detroit Field Office, located at 333 Mount Elliott, Detroit, MI.  I have served with ICE Enforcement and Removal Operations since March of 2007.  I have successfully completed the Immigration Enforcement Agent Academy and Deportation Officer Transitional Training Program at the Federal Law Enforcement Training Center in Charleston, SC.  This affidavit is submitted in support of a finding of probable cause and is, therefore, a summary of facts known to me.

2. On or about March 16, 2022, a person wishing to remain anonymous reported to the Homeland Security Tip Line that REYES-TELLEZ, Martin had illegally reentered the United States without inspection from Immigration Officials. Information received indicated REYES-TELLEZ, Martin was living with and being supported by his parents. Subsequent checks of immigration records and Subjects FBI number verified him as REYES-TELLEZ, Martin, a Mexican citizen.

3. I conducted computerized Immigration record checks on REYES-TELLEZ, Martin, which revealed REYES-TELLEZ, Martin was issued a Final Order of Removal from the United States to Mexico on January 5, 2022, by an Immigration Judge in Detroit, Michigan. REYES-TELLEZ, Martin was removed from the United States on January 11, 2022.  These checks and a review of the administrative file show REYES-TELLEZ, Martin has not applied for re-admission to the United States.

4. I conducted a computerized criminal history record search on REYES-TELLEZ, Martin in the National Crime Information Center and found that REYES-TELLEZ, Martin was criminally prosecuted in the 45th Circuit Court, Centreville, Michigan for felony Police Officer – Resisting / Assaulting / Obstructing. REYES-TELLEZ, Martin was found guilty on November 15, 2021, and was sentenced to 30 days in jail for this offense. REYES-TELLEZ, Martin has prior convictions for permitting another to violate motor vehicle code, minor in possession, disorderly – drunk, operating while intoxicated, illegal possession of an alcoholic beverage, exceeding the posted speed limit, open alcoholic beverage container during operation of a motor vehicle, theft and illegal consumption of an alcoholic beverage, disturbing the peace, domestic violence and driving under the influence.

5. On June 2, 2022, Immigration and Customs Enforcement Officers from the Grand Rapids, MI field office conducted surveillance at 405 N. Clay St, Sturgis, MI 49091 attempting to locate REYES-TELLEZ, Martin. At 5:45 A.M., officers observed REYES-TELLEZ, Martin's mother, TELLEZ, Elizabeth, leave the residence in a blue PT cruiser as the only occupant. At approximately 7:30 A.M., Officers observed REYES-TELLEZ, Martin and his father REYES, Martin outside of the residence. REYES-TELLEZ, Martin was positively identified based on comparison with known recent photos from his immigration file. Officers lost sight of REYES-TELLEZ, Martin as his father backed a grey Dodge Caravan out of the driveway. Officers did not attempt to stop the vehicle as

the only visual occupant was REYES, Martin. Officers approached the house and knocked on the door attempting to contact REYES-TELLEZ, Martin with negative result. Approximately 15 minutes later REYES, Martin returned home and was encountered by officers at the side door of his residence. REYES, Martin admitted the photo in the approved Field Operations Work Folder (FOW) was his son, REYES-TELLEZ, Martin, but claimed he did not know where he was. REYES, Martin did not respond when questioned about the identity of the other male he was with earlier that morning. REYES, Martin consented to a search of his residence, and REYES-TELLEZ, Martin was not located.

6. Based on my training and experience as a Deportation Officer for Immigration and Customs Enforcement with the United States Department of Homeland Security, and the information contained in this affidavit, I believe that there exists probable cause to believe that REYES-TELLEZ, Martin reentered the U.S. after deportation, without the permission of the Attorney General or Secretary of Homeland Security after being convicted of a felony, in violation of 8 U.S.C. § § 1326(a) & (b)(1) and is currently residing at 405 N. Clay St., Sturgis, St. Joseph County, Michigan.